_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**January 31, 2013**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | |
| RYAN MITCHELL, ) | BK-S-11-28575-MKN |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ALEC BUNTING, by and through his guardian ) ad litem, STELLA RAVELLA, and STELLA ) RAVELLA, ) | Adv. Proceeding No.: 12-01050-MKN |
| ) | Date:   February 21, 2013 |
| Plaintiffs, ) | Time:  10:00 a.m. |
| v. ) | |
| ) | |
| RYAN MITCHELL, ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER SETTING SCHEDULING CONFERENCE**

Good cause appearing:

**IT IS HEREBY ORDERED** that a scheduling conference is scheduled for **February 21, 2013 at 10:00 a.m.** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #2 before Judge Mike K. Nakagawa.

**IT IS SO ORDERED**.

Copies noticed through ECF to:

MARIE ELLERTON      marie@memlaw.net, annicca@memlaw.net
AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com

1
2  and sent via FIRST CLASS MAIL to:
3
   RYAN MITCHELL
4  3370 ST ROSE PARKWAY #638
   HENDERSON, NV 89052
5
6                                    # # #
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26