

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 09, 2016

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 11-28575-MKN |
| RYAN MITCHELL, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ALEC BUNTING, by and through his ) | Adv. Proc. No.: 12-01050-MKN |
| guardian ad litem, Stella Ravella, and ) | |
| STELLA RAVELLA, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Date:  March 16, 2016 |
| v. ) | Time:  9:30 a.m. |
| ) | |
| RYAN MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER TO SHOW CAUSE**

On February 3, 2016, a scheduling conference was held in the above-referenced adversary proceeding.  No appearances having been made, and good cause appearing,

**IT IS HEREBY ORDERED** that Alec Bunting, by and through his guardian ad litem, Stella Ravella, and Stella Ravella, individually, and Ryan Mitchell, and their counsel of record, if any, are ordered to show cause in Courtroom 2 of the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, on **March 16, 2016, at 9:30 a.m.** why the case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED**.

1 | Copies sent via BNC to:

2 | RYAN MITCHELL
3370 ST ROSE PARKWAY #638
3 | HENDERSON, NV 89052

4 | ALEC BUNTING, BY AND THROUGH
HIS GUARDIAN AD LITEM STELLA RAVELLA
5 | C/O DANIEL S. SIMON
810 S. CASINO CENTER BLVD.
6 | LAS VEGAS, NV 89101

7 | STELLA RAVELLA
C/O DANIEL S. SIMON
8 | 810 S. CASINO CENTER BLVD.
LAS VEGAS, NV 89101

# # #