ROBERT C. MCBRIDE (SBN 7082)
CARROLL, KELLY, TROTTER,
FRANZEN, McKENNA & PEABODY
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
E-mail: rcmcbride@cktfmlaw.com
Attorneys for Debtor, Ryan Mitchell

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RYAN MITCHELL,

          Debtor.

Adv. Proc. No.: 12-01050-MKN

## STIPULATION TO DISMISS ADVERSARY COMPLAINT

COMES NOW, Debtor, RYAN MITCHELL, by and through his attorneys Robert C. McBride, Esq., Carroll, Kelly, Trotter, Franzen, McKenna & Peabody, and ALEC BUNTING, BY AND THROUGH HIS GUARDIAN AD LITEM, STELLA RAVELLA AND STELLA RAVELLA, INDIVIDUALLY, by and through their attorney Daniel S. Simon, Esq., Simon Law, and hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

C:\Users\Janelle\Appdata\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\R0SNLUUK\SAO BK Adversary Complaint.Docx

1

1     **IT IS HEREBY STIPULATED AND AGREED** that Alec Bunting, by and through his
2 Guardian ad Litem, Stella Ravella and Stella Ravella, individually, will dismiss the adversary
3 Complaint.

5 DATED this 3rd day of March, 2016.     DATED this 14 day of March, 2016.

6 SIMON LAW                                 CARROLL, KELLY, TROTTER,
7                                                   FRANZEN McKENNA & PEABODY

9 DANIEL S. SIMON, ESQ.                ROBERT C. McBRIDE, ESQ.
Nevada Bar No.: 4750                   Nevada Bar No.: 007082
BENJAMIN J. MILLER, ESQ.          CHELSEA R. HUETH, ESQ.
10 Nevada Ba No.: 10406                  Nevada Bar No.: 010904
810 South Casino Center Blvd           8329 W. Sunset Road, Suite 600
11 Las Vegas, Nevada 89101              Las Vegas, Nevada 89113
Attorneys for Plaintiffs                  Attorneys for Defendant
12                                                    *Ryan Mitchell, D.O.*

C:\Users\Janelle\Appdata\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\R0SNLUUK\SAO BK Adversary Complaint.Docx

2